# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GERARD PIPER

VERSUS

SECURITAS SECURITY SERVICES,
INC. AND LOUISIANA CVS
PHARMACY, INC. AND WARNER
CRUSE

NO.   2020 CW 1185

CONSOLIDATED WITH

NO.   2020 CW 1186

FEB 1 8 2021

---

In Re:    Securitas Security Services USA, Inc., Louisiana CVS
          Pharmacy, L.L.C., and Worner Cruse, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 675467.

---

**BEFORE:    WHIPPLE, C.J., THERIOT AND CHUTZ, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878
(La. 1981) (*per curiam*) are not met.

**VGW**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

*a.s~p*

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT